no objection to dropping Helen Bailey as a party defendant. ORDERED that order of Superior Court adding Helen Bailey as a party defendant be quashed and she is dropped as a party defendant. *Toro & Crouchley, Eugene F. Toro, Hinckley, Allen, Salisbury & Parsons,* for plaintiffs. *Robert W. Lovegreen,* for Third-Party Plaintiff and Defendant. *Francis V. Reynolds,* for Helen Bailey.

### December 12, 1969.

M. P. No. 907. ROBERT W. FLINT, JR. *v.* STATE. Motion for leave to file petition for writ of prohibition denied. *Robert W. Flint, Jr.,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 912. ROBERT W. FLINT, JR. *v.* STATE. Motion for leave to file petition for writ of mandamus denied. *Robert W. Flint, Jr.,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

Ex. No. 477. STATE *v.* GEORGE HULL. Motion for leave to reargue denied. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Paul E. Kelley,* Asst. Public Defender, for defendant.

APPEAL No. 733. ADRIEN LESSARD *v.* NEW HAMPSHIRE INSURANCE Co. Motion for leave to reargue denied. *James P. Flynn, Joseph F. Vitullo,* for plaintiff. *Roberts & McMahon, Richard P. McMahon, William F. McMahon,* for defendant.

APPEAL No. 884. NEW ENGLAND TEL. AND TEL. Co. *v.* ONOFRIO CARROCCIO. Motion to dismiss appeal of defendant granted. *Peter J. McGinn,* for plaintiff. *Onofrio Carroccio,* defendant, pro se.